UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 73.2.94.142,<br><br>    Defendant. | Case No.: 2:25-cv-02561-WBS-CKD<br><br>**ORDER ON PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR THE CONTINUANCE OF THE INITIAL SCHEDULING CONFERENCE** |

THIS CAUSE came before the Court upon Plaintiff's application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Scheduling Conference currently set for January 12, 2026, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have up to and including February 13, 2026 to effectuate service of a summons and Complaint on Defendant and the Initial Scheduling Conference currently scheduled for January 12, 2026 is continued to **March 23, 2026 at 1:30 p.m.**

1

Order on Plaintiff's Application for Extension of Time Within
Which to Effectuate Service on John Doe Defendant and for the Continuance of the Initial Scheduling Conference
Case No. 2:25-cv-02561-WBS-CKD

**DONE AND ORDERED**.

Dated:  December 8, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

Order on Plaintiff's Application for Extension of Time Within Which to Effectuate Service on John Doe Defendant and for the Continuance of the Initial Scheduling Conference

Case No. 2:25-cv-02561-WBS-CKD